736

*licitor General Judson* and *Mr. Paul A. Sweeney* for the United States.

No. 240. WEISS *v.* UNITED STATES. October 8, 1945. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Mr. Walter Brower* for petitioner. *Acting Solicitor General Judson, Mr. Robert S. Erdahl* and *Miss Beatrice Rosenberg* for the United States.

No. 241. ELIAS ET AL. *v.* CLARKE, TRUSTEE, ET AL.; and
No. 242. ELIAS ET AL. *v.* DRISCOLL ET AL., TRUSTEES, ET AL. October 8, 1945. Petition for writs of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Messrs. Paul Duryea Miller* and *Abraham Mitnovetz* for petitioners. *Acting Solicitor General Judson* and *Mr. Roger S. Foster* for the Securities & Exchange Commission, and *Messrs. Lewis M. Dabney, Jr.* and *Allen E. Throop* for Clarke et al., respondents. Reported below: 149 F. 2d 996.

No. 244. SCHONGALLA, EXECUTRIX, *v.* HICKEY, COLLECTOR OF INTERNAL REVENUE. October 8, 1945. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Mr. Edward A. Alexander* for petitioner. *Acting Solicitor General Judson, Assistant Attorney General Clark, Messrs. Sewall Key, J. Louis Monarch* and *Leon F. Cooper* for respondent.

No. 245. SOUTHERN CALIFORNIA FREIGHT LINES *v.* McKEOWN. October 8, 1945. Petition for writ of certiorari to the Circuit Court of Appeals for the Ninth Circuit denied. *Mr. Hugh Taylor Gordon, Jr.* for petitioner. *Mr.*